IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01125-MSK

ELIZABETH M. TORRES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on August 24, 2013, (**Doc. #17)**, it is

ORDERED that the Commissioner of Social Security's decision is REVERSED, the case remanded and closed. It is further

ORDERED that plaintiff is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 27th day August, 2013.

                                ENTERED FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                                By: s/Edward P. Butler
                                Edward P. Butler, Deputy Clerk